UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOMINIQUE JACKSON | * | CIVIL ACTION NO: |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| SHANNON BLOUNT, JLB CONTRACORS, LLC, and LIBERTY MUTUAL FIRE INSURANCE COMPANY | * | JUDGE: |
| | * | |
| | * | MAGISTRATE: |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

Removing parties, SHANNON BLOUNT ("Blount"), JLB CONTRACTORS, LLC ("JLB"), and LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual"), through undersigned counsel, respectfully request removal to this Court, and in support respectfully show:

1.

On November 23, 2020, an action was commenced in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled "Dominique Jackson vs Shannon Blount, JLB Contractors, LLC, and Liberty Mutual Fire Insurance Company," docket number 2020-09968 Division "G", of that court. Copies of the Citation and Petition are attached hereto. In his Petition, plaintiff sued Shannon Blount, JLB Contractors, LLC, Liberty Mutual, alleging that said defendants were solidarily liable unto him for damages allegedly sustained as a result of an automobile accident that occurred in New Orleans, Louisiana, on December 4, 2019. Liberty Mutual was served on March 1, 2021, through the Louisiana Secretary of State. Defendants JLB and Blount were ostensibly served on February 16, 2021, and April 7, 2021, pursuant to the Louisiana Long Arm Statute.

2.

On April 15, 2021, plaintiff filed his Response to Liberty Mutual's Request for Admission of Facts, and denied that his claim was not valued in excess of the sum of $75,000.00. He has further advised through counsel that he has incurred, *inter alia*, a herniated disc, epidural steroid injections, and a shoulder injury that may require surgery, as well as medical expenses in excess of $20,000.00.

3.

The above described action is a civil suit of which this court has original jurisdiction by the provisions of 28 U.S.C., Section 1332, and is one which has become removable by petitioner, defendant in that proceeding, pursuant to the provisions of 28 U.S.C., Section 1441 and Section 1446, in that it is a civil action wherein the matter in controversy is reasonably believed to exceed the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4.

The plaintiff, at the present time and at the time he initially filed suit, is a resident and citizen of, and domiciled in, the State of Louisiana.

5.

Defendant, Liberty Mutual Fire Insurance Company, is at the present time and was at the time the plaintiff filed suit, a principal stock insurance company domiciled in the State of Massachusetts, with its principal place of business in Massachusetts. Defendant Shannon Blount is a resident and citizen of, and domiciled in, the State of Mississippi, and defendant JLB Contractors, LLC, is a Mississippi limited liability company domiciled in the State of Mississippi.

6.

This lawsuit involves a dispute among citizens of different states. There is complete

diversity of citizenship between the parties.

7

The matter in controversy is reasonably believed to exceed the sum of $75,000.00, exclusive of interest and costs.

8.

Filed herewith as Exhibit "A" and as required by 28 U.S.C. 1446 (a) is a copy of the pleadings in the aforementioned action.

9.

Written notice of the filing of this Petition for and Notice of Removal is being delivered to plaintiff through his attorney of record. Undersigned counsel represents Shannon Blount, JLB Contractors, LLC, and Liberty Mutual Fire Insurance Company.

10.

WHEREFORE, defendants Shannon Blount, JLB Contractors, LLC, and Liberty Mutual Fire Insurance Company, pray that this litigation proceed in this Honorable Court as an action properly removed from the Civil District Court for the Parish of Orleans, State of Louisiana.

Respectfully Submitted,

**LAW OFFICES OF ROBERT E. BIRTEL**

/s/ BRUCE S. JOHNSTON
**BRUCE S. JOHNSTON  (#07336)**
Attorney for Defendants Shannon Blount, JLB Contractors, LLC, and Liberty Mutual Fire Insurance Company
3900 North Causeway Boulevard, Suite 650
Metairie, LA  70002
Telephone: (504) 837-7050
Facsimile:  (866) 547-7103
bruce.johnston@libertymutual.com