ATTORNEY'S NAME: Magness, Keith L 29962
AND ADDRESS: 920 Derbigny Street, Gretna, LA 70053

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-09968    DIVISION: G    SECTION: 11

### JACKSON, DOMINIQUE

Versus

### BLOUNT, SHANNON  ET AL

### CITATION - LONG ARM

TO:      JLB CONTRACTORS, LLC
THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS AGENT FOR SERVICE OF PROCESS, KYLE JOSEPH CASSAGNE
         400 E. 5TH STREET, LONG BEACH, MS 39560

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 9, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Tayler Williams, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON JLB CONTRACTORS, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS, KYLE JOSEPH CASSAGNE  Returned the same day  No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER   RETURN / / SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON JLB CONTRACTORS, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS, KYLE JOSEPH CASSAGNE  by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said JLB CONTRACTORS, LLC being absent from the domicile at time of said service.  Returned the same day  No. _____ Deputy Sheriff of _____ |

**EXHIBIT A**

ID: 10631115    Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2020-04968                                                    DIVISON "G"
                                                                        6

DOMINIQUE JACKSON

VERSUS

SHANNON BLOUNT, JLB CONTRACTORS, LLC, AND
LIBERTY MUTUAL FIRE INSURANCE COMPANY

FILED:_____              _____
                                                 DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of Dominique Jackson (hereinafter, "Jackson"), a person of the full age of majority and resident/domiciliary of the Parish of St. Bernard, State of Louisiana, respectfully represents:

1.

Made defendants herein are:

a)  Shannon Blount (hereinafter, "Blount"), who, upon information and belief, is a person of the full age of majority, and a resident and/or domiciliary of the State of Texas;

b)  JLB Contractors, LLC (hereinafter, "JLB"), who, upon information and belief, is a foreign limited liability company organized under the laws of the State of Mississippi; and

c)  Liberty Mutual Fire Insurance Company (hereinafter, "Liberty Mutual"), a liability insurance company authorized to do and doing business within the State of Louisiana.

2.

Jurisdiction is vested in this Court as this controversy involves an automobile accident occurring within this State and the injuries resulting therefrom.

3.

Venue is proper in this Court pursuant to Article 74 of the Louisiana Code of Civil Procedure as the accident complained of occurred in the Parish of Orleans, State of Louisiana.

4.

On or about December 4, 2019, Jackson was wearing his seatbelt and driving a 2004 Ford Mustang east on St. James Street at the intersection of Religious Street in New Orleans, Louisiana. At the same time Jackson was waiting at the intersection of St. James Street and Religious Street, the traffic on Religious Street was at a standstill due to a traffic light.

5.

As is customary in New Orleans, the traffic on Religious Street did not block the intersection and instead left a gap at the intersection of St. James Street sufficient to allow cross traffic on St. James Street to pass during the period of congestion. After ensuring all traffic on Religious Street was completely stopped, Jackson proceeded across Religious Street and made it approximately three-fourths of the way when suddenly and without warning a 2015 Mack Truck operated by Blount and owned by JLB moved forward and struck Jackson's 2004 Ford Mustang near the left rear fender. The collision caused visible damage to both vehicles involved.

6.

The sole and proximate cause of this accident and the injuries sustained by Jackson is the negligence, carelessness and inattention of Bount in the following non-exclusive particulars:

   a)   Careless operation of a motor vehicle;

   b)   Failure to yield;

   c)   Failing to see what should have been seen;

   d)   Failing to act as a reasonably prudent person under the prevailing circumstances; and

such other acts of omission or commission which may be proved at trial hereof; all in contravention of the ordinances, statutes, rules and/or regulations of the Parish of Orleans, State of Louisiana, all of which are pleaded herein as if copied *in extenso*.

7.

As a direct and proximate result of this accident, Jackson suffered multiple injuries, including but not limited to:

   a)   injuries to his neck;

   b) injuries to his shoulder(s);

   c) injuries to his upper, middle and lower back;

   d) injuries to his arm(s); and

   e) any and all other injuries as shown at trial or through discovery in this matter.

8.

As a direct and proximate result of this accident, Jackson has suffered damages, including but not limited to:

   a) Past, present and future physical pain and suffering;

   b) Past, present and future mental anguish;

   c) Past, present and future emotional distress;

   d) Past, present and future loss of enjoyment of life;

   e) Past, present and future medical expenses;

   f) lost wages;

   g) damage to and depreciate of his 2004 Ford Mustang; and

   h) Any and all other damages as shown at trial or through discovery in this matter.

9.

Upon information and belief, at the time of the crash, Blount was in the course and scope of his employment with JLB; therefore, JLB is liable for the actions and inactions of Blount pursuant to the doctrine of *respondeat superior.*

10.

Upon information and belief, Liberty Mutual had a policy of liability insurance that it issued in favor of Blount and/or JLB that covered the loss sustained herein, and Blount and/or JLB were at all material times considered insureds under the aforementioned policy. Accordingly, Liberty Mutual is liable *in solido* with all other defendants for all damages sued for herein.

**WHEREFORE**, Petitioner prays that each of the defendants be served with a copy of the foregoing Petition for Damages and be cited to appear and answer same; and after

due proceedings be had, there be judgment in favor of Petitioner, Dominique Jackson, and against the defendants, Shannon Blount, JLB Contractors, LLC, and Liberty Mutual Fire Insurance Company, jointly, severally, and *in solido* in an amount as may be reasonable in the premises to compensate Petitioner for his damages as may be determined upon the trial hereof, together with legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general and equitable relief.

Respectfully submitted,

Keith L. Magness (29962)
klm@magnesslaw.com
Law Office of Keith L. Magness, LLC
920 Derbigny Street
Gretna, Louisiana 70053
Telephone: (504) 264-5587
Facsimile: (504) 264-5580

Counsel for Plaintiff,
Dominique Jackson

**PLEASE HOLD SERVICE AT THIS TIME**

4

4823-9115-4898, v. 1

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA