Patient Name: Jackson, Dominique, DOB: 09/16/1991, Account No.: 31623 II, MRN: |Doc Name:2020.02.26 Left Should

⏲ 02/24/2020 5:25 PM        IDS FaxServer              → 15043222213                           pg 2 of 3



# D.I.S. Women's and Advanced Imaging Center

**Patient Name:** DOMINIQUE JACKSON
**Ref. Physician:** Vincent M Stadelman DC
**Patient ID:** DIS185345    Home Phone: (504) 478-3904
**Date of Birth:** 09/16/1991    Page 1 of 2
**Date of Service:** 02/24/2020

## STUDY
MRI Left Shoulder s/ contrast ...
...

## CLINICAL INDICATION
Left shoulder pain. The symptoms have been present since a motor vehicle collision in December 2019.

## COMPARISON
No relevant imaging examinations are available for review.

## PROCEDURE DETAILS
Coronal T1, fat suppressed T2, axial fat suppressed proton density, oblique/oblique fat suppressed T2, and sagittal fat suppressed T2 images were obtained using standard imaging planes and protocol. The scans were performed on a 3.0 and T Philips MR scanner.

## FINDINGS
On T2-weighted scans a small intrasubstance tear is seen at the insertion of the infraspinatus tendon, covering an area measuring 0.3 x 0.1 x 0.3 cm (image 15, series 301; image 20, series 401). The supraspinatus tendon, and the teres minor tendon are normal in size and appearance. No atrophy or retraction of any of the rotator cuff muscles is noted.

Mild to moderate degree increased fluid is seen in the subacromial/subdeltoid bursa.

The AC joint is unremarkable in appearance.

A complex tear is noted in the superior labrum. An oblique component of the tear extends from the base into this substance of the superior labrum (image 11 - 13, series 301; image 11, series 201). Also, a linear partial-thickness tear is noted at the base of the superior labrum, extending to a depth of 0.4 cm. The tears involve a 1.1 cm length of the superior labrum.

The tendon of the long head of the biceps muscle is normal in size and appearance. It is in a normal position within the bicipital groove.

The subscapularis tendon is intact.

Administration: 4241 Veterans Memorial Boulevard, Suite 200 • Metairie LA 70006 P: 504.888.7921 F: 504.885.6377
Locations: Metairie • Marrero • Slidell • Covington
JT ULTRA HIGH FIELD MRI • 1.5T HIGH FIELD MRI • 1.2T HIGH FIELD OPEN MRI • CT • PET/CT • NUCLEAR MEDICINE • DIGITAL FLUOROSCOPY • IMAGE MERGE
PROSTATE JT MRI • NEUROQUANT MRI • MR ENTEROGRAPHY • DEXA • 3D MAMMOGRAPHY • MAMMOGRAPHY • ULTRASOUND • BREAST MRI • BREAST BIOPSY

Patient Name: Jackson, Dominique, DOB: 09/16/1991, Account No.: 31623 II, MRN: |Doc Name:2020.02.26 Left Should
JACKSON 000279

Patient Name: Jackson, Dominique, DOB: 09/16/1991, Account No.: 31623 II, MRN: |Doc Name:2020.02.26 Left Should

🕒 02/24/2020 5:25 PM　　　　　IDS FaxServer　　　　　→ 15043222213　　　　　pg 3 of 3

**Patient Name:** DOMINIQUE JACKSON
**Date of Service:** 02/24/2020

No increased fluid is seen in the shoulder joint. No significant articular cartilage abnormalities are noted.

No fractures, or subluxations are identified.

IMPRESSION
 1. A complex tear is seen in the superior labrum of the left shoulder, as discussed above.
 2. A small intrasubstance tear is noted at the insertion of the infraspinatus tendon.

Signature
Electronically Signed: Satterlee, Authur on 02-24-2020, 04:25 PM

Administration: 4241 Veterans Memorial Boulevard, Suite 200 • Metairie LA 70006 P: 504.888.7921 F: 504.888.5377
Locations: Metairie • Marrero • Slidell • Covington

3T ULTRA HIGH FIELD MRI • 1.5T HIGH FIELD MRI • 1.2T HIGH FIELD OPEN MRI • CT • PET/CT • NUCLEAR MEDICINE • DIGITAL FLUOROSCOPY • IMAGE MERGE
PROSTATE 3T MRI • NEUROQUANT MRI • MR ENTEROGRAPHY • DEXA • 3D MAMMOGRAPHY • MAMMOGRAPHY • ULTRASOUND • BREAST MRI • BREAST BIOPSY

2

Patient Name: Jackson, Dominique, DOB: 09/16/1991, Account No.: 31623 II, MRN: |Doc Name:2020.02.26 Left Should

JACKSON 000280

⏲ 02/24/2020 5:59 PM    IDS FaxServer    → 15043222213    pg 2 of 3



# D.I.S. Women's and Advanced Imaging Center

**Patient Name:** DOMINIQUE JACKSON
**Ref. Physician:** Vincent M Stadelman DC
Patient ID: DIS185345    Home Phone: (504) 478-3904
Date of Birth: 09/16/1991    Page 1 of 2
Date of Service: 02/24/2020

## STUDY
MRI, Cervical Spine s/ Contrast

## CLINICAL INDICATION
Neck pain. The symptoms have been present since a motor vehicle collision in December 2019.

## COMPARISON
No relevant imaging examinations are available for review.

## PROCEDURE DETAILS
Multiplanar multiplanar mri of the cervical spine without contrast was performed on a 3.0 T Philips MR scanner.

## FINDINGS
The cervical spinal canal is somewhat small on a congenital basis. For example, at the mid C4 level the sagittal diameter measures 1.3 cm, and this is just above the lower limit of normal of 1.2 cm.

At the C2-C3 level the disc is unremarkable in appearance. The facet joints are unremarkable in apperance. The intervertebral foramina are intact.

At the C3-C4 level the disc is unremarkable in appearance. The facet joints are unremarkable in apperance. The intervertebral foramina are intact.

At the C4-C5 level the disc is unremarkable in appearance. The facet joints are unremarkable in apperance. The intervertebral foramina are intact.

At the C5-C6 level the disc is unremarkable in appearance. The facet joints are unremarkable in apperance. The intervertebral foramina are intact.

At the C6-C7 level the disc is unremarkable in appearance. The facet joints are unremarkable in apperance. The intervertebral foramina are intact.

At the C7-T1 level the disc is unremarkable in appearance. The facet joints are unremarkable in apperance. The intervertebral foramina are intact.

No significant findings are noted at the T1-2 level.

Administration: 4241 Veterans Memorial Boulevard, Suite 200 • Metairie LA 70006 P: 504.888.7921 F: 504.888.5377
Locations: Metairie • Marrero • Slidell • Covington

3T ULTRA HIGH FIELD MRI • 1.5T HIGH FIELD MRI • 1.2T HIGH FIELD OPEN MRI • CT • PET/CT • NUCLEAR MEDICINE • DIGITAL FLUOROSCOPY • IMAGE MERGE
PROSTATE 3T MRI • NEUROQUANT MRI • MR ENTEROGRAPHY • DEXA • 3D MAMMOGRAPHY • MAMMOGRAPHY • ULTRASOUND • BREAST MRI • BREAST BIOPSY

02/24/2020 5:59 PM     IDS FaxServer     → 15043222213     pg 3 of 3

**Patient Name:** DOMINIQUE JACKSON
**Date of Service:** 02/24/2020

At the T2-3 level a right posterolateral disc herniation extends 0.25 cm into the spinal canal and the proximal right intervertebral foramen (image 6, series 802; image 6, series 803; image 36, series 701). It causes displacement and some compression of the right T2 nerve roots. No spinal cord compression is noted. The facet joints are unremarkable in appearance. The left intervertebral foramen is intact.

The C1-2 articulation is unremarkable in appearance.

The cervical spinal cord is normal in size and appearance. No abnormal signal intensity is noted in the cervical spinal cord.

Normal alignment of the cervical spine is identified. Loss of the normal lordotic curve of the cervical spine is identified, and this is associated with muscle spasm secondary to soft tissue injury. No fractures are seen.

IMPRESSION
 1. The cervical spinal canal is somewhat small on a congenital basis.
 2. Loss of the normal lordotic curve of the cervical spine is identified, and this is associated with muscle spasm secondary to soft tissue injury.
 3. At the T2-T3 level a right posterolateral disc herniation extends 0.25 cm into the spinal canal, causing some compression of the right T2 nerve roots.

Signature
Electronically Signed: Satterlee, Authur on 02-24-2020, 04:59 PM

Administration: 4241 Veterans Memorial Boulevard, Suite 200 • Metairie LA 70006 P: 504.888.7921 F: 504.888.5377
Locations: Metairie • Marrero • Slidell • Covington

3T ULTRA HIGH FIELD MRI • 1.5T HIGH FIELD MRI • 1.2T HIGH FIELD OPEN MRI • CT • PET/CT • NUCLEAR MEDICINE • DIGITAL FLUOROSCOPY • IMAGE MERGE
PROSTATE 3T MRI • NEUROQUANT MRI • MR ENTEROGRAPHY • DEXA • 3D MAMMOGRAPHY • MAMMOGRAPHY • ULTRASOUND • BREAST MRI • BREAST BIOPSY

2



## LA Health Solutions

**Jackson, Dominique**
28 Y old Male, DOB: 09/16/1991
1327 MAZANT ST, NEW ORLEANS, LA-70117-5227
Home: 504-478-3904
Surgeon: Ronald C. Segura, M.D.

07/10/2020                                                                 Ronald C. Segura, M.D.

### OPERATIVE REPORT

**Pre-op. Diagnosis:**
1. THORACIC RADICULOPATHY

**Post-op. Diagnosis:**
1. THE SAME

**Operation:**
1. THORACIC INTERLAMINAR EPIDURAL STEROID INJECTION: T2-3 RIGHT OF MIDLINE

**Anesthesia:**
Local 1% Lidocaine & Sodium Bicarbonate 4.2%

**Details of Procedure:**
This procedure was performed at LA Health Solutions in Metairie, Louisiana. The patient was seen and examined in the preoperative area where informed consent was obtained explaining the risks, benefits, and alternative treatments to the patient. Operative site was marked using a skin marker. The patient was then taken to the procedure room and placed in a prone position on the table. The skin over the thoracic spine was prepped with betadine solution then draped in sterile fashion. A time-out was performed. Using the fluoroscope, an AP view of the thoracic spine was obtained. The T2/3 interlaminar space was visualized. A skin wheal was raised and the subcutaneous tissues anesthetized with 1% lidocaine mixture. A 3.5 inch 20 gauge Tuohy needle was advanced using intermittent fluoroscopic guidance toward the interlaminar space Right side of the midline. The epidural space was identified with a loss of resistance to air technique. Aspiration was negative for blood or CSF. Omnipaque 300 contrast approximately 0.5 cc was injected during live fluoroscopic visualization showing excellent epidural spread. No intravascular uptake or CSF spread was noted. Again, after negative aspiration, 5 cc of a mixture containing dexamethasone 10 mg 2 cc, bupivacaine 0.25% 3 cc was instilled through needle. Finally the needle was removed. There were no apparent complications. The patient tolerated the procedure well. A band aide was placed over the skin entry site. The patient was transferred to recovery area and monitored for approximately 30 minutes. The patient was discharged to home in stable condition with a driver and is to return to clinic as scheduled.

Pain level before the procedure: 7/10

Pain level after the procedure: 0/10

**Procedure Codes:**
1. 62321 C/T epidural sterioid injection.
2. 77003 FLUOROGUIDE FOR SPINE INJECT. Modifiers: TC
3. 99199 SPECIAL SERVICE/PROC/REPORT.



Electronically signed by RONALD SEGURA , MD on 07/10/2020 at 09:39 AM CDT

EXHIBIT B

Patient Name: Jackson, Dominique, DOB: 09/16/1991, Account No.: 31623 II, MRN: |Doc Name:2020.07.10 inj

Sign off status: Completed

---

LA Health Solutions-IPM Metairie
3001 DIVISION ST
METAIRIE, LA 70002-5809
Tel: 504-262-8889
Fax: 504-603-2826

---

Patient: Jackson, Dominique   DOB: 09/16/1991   Progress Note: Ronald C. Segura, M.D.   07/10/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Patient Name: Jackson, Dominique, DOB: 09/16/1991, Account No.: 31623 II, MRN: |Doc Name:2020.07.10 inj

JACKSON 000161